```
                                        FILED

                                        07 DEC 12 PM 4:49


                                    BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3346 H |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE LUIS LOPEZ-LOPEZ, | |
| Defendant. | |

The grand jury charges:

On or about October 6, 2007, within the Southern District of California, defendant JOSE LUIS LOPEZ-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:nlv:San Diego
12/10/07

It is further alleged that defendant JOSE LUIS LOPEZ-LOPEZ was removed from the United States subsequent to March 21, 2002.

DATED: December 12, 2007.

A TRUE BILL.

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney