KNUT S. JOHNSON, ESQ. (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, CA 92101
(619) 232 7080 (phone)
(619) 232 7324 (fax)

Attorney for Defendant Jose Luis Lopez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case Number: 07 cr 3346-H |
| Plaintiff, | |
| vs. | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| JOSE LUIS LOPEZ-LOPEZ | |
| Defendant | |

Defendant, by and through his counsel of record and the consent of the government, by and through Assistant U.S. Attorney Lawrence A. Casper, moves this Court for an Order continuing the motions hearing in this case.

This Motion is based on this pleading, and any and all other oral or written information supplied to the Court upon the hearing of this Motion, including the attached declaration of Knut S. Johnson.

Dated:   January 24, 2008          Respectfully submitted,


_____/S/_____
Knut S. Johnson
Attorney for Defendant Jose Luis Lopez-Lopez

Page 1

07 cr 3346-H

I, Knut S. Johnson, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. The Court appointed me to represent Mr. Lopez-Lopez in the above-entitled case.

2. I am presently in trial in front of the San Diego Superior Court in a case entitled <u>People v. Willy Watkins</u> (the "Watkins Trial").

3. The Watkins Trial is a three co-defendant rape case that is presently in jury selection. Jury selection will continue through the presently set motion hearing date in this case.

4. I will, therefore, be unable to appear in court on the date set for motions in the above-entitled case.

5. Assistant U.S. Attorney Lawrence A. Casper has no objection to this motion so long as motions are on file.

6. I have filed a discovery motion in the above entitled case.

7. The Courtroom Clerk for this Court has advised me that this Court is available on February 19, 2008. That date is agreeable to the parties to this case.

I swear under penalty of perjury that the forgoing is true.

Dated:     January 24, 2008             /s/ Knut Johnson
                                        Knut S. Johnson