1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case Number: 07 cr 3346-H |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING MOTION HEARING** |
| JOSE LUIS LOPEZ-LOPEZ | |
| Defendant | |

GOOD CAUSE HAVING BEEN SHOWN it is hereby ordered that the motion hearing set in this case for January 28, 2008 at 2:00 p.m. be and hereby is continued to **February 19, 2008 at 2:00 p.m.**  The Court finds that there is excludable time under the Speedy Trial Act.  The Defendant is in custody.

SO ORDERED.

Date: January 24, 2008

Honorable Marilyn L. Huff

U.S. District Court Judge

07 cr 3346-H