1                    UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,    )   Case no. 07CR3142-H
                                )
5            Plaintiff,         )   San Diego, California
                                )
6  vs.                          )   Tuesday,
                                )   December 11 2007
7  JOSE LUIS LOPEZ-LOPEZ,       )   9:30 a.m.
                                )
8            Defendant.         )
                                )
9  ─────────────────────────────)

10            TRANSCRIPT OF CHANGE OF PLEA HEARING
             BEFORE THE HONORABLE LEO S. PAPAS
11              UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:          CHARLOTTE KAISER, ESQ.
                                Assistant United States
14                               Attorney
                                880 Front Street
15                              San Diego, California 92101

16  For the Defendant:          MICHAEL LITTMAN, ESQ.
                                105 West F Street
17                               Fourth Floor
                                San Diego, California 92101
18                              (619) 236-1030

19  Transcript Ordered By:      KNUT S. JOHNSON, ESQ.

20  Transcriber:                Sherri Lattuca
                                Echo Reporting, Inc.
21                              6336 Greenwich Drive, Suite B
                                San Diego, California 92122
22                              (858) 453-7590

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

1

SAN DIEGO, CALIFORNIA  TUESDAY, DECEMBER 11, 2007 9:30 A.M.

2                          --oOo--

3      (Call to order of the Court.)

4           THE COURT:  Good morning.  I want to apologize for

5  the delay.  I had a call from one of the district judges

6  that had a particular issue to discuss and I -- since I work

7  for them, I answered the questions.  So, I apologize for the

8  delay.  You suffered the consequence of that.

9           THE CLERK:  Calling number seven on the calendar,

10  07CR3076-LAB, United States of America versus Pancho Garcia-

11  Lopez, and number ten, 07CR3142-H, United States of America

12  versus Jose Luis Lopez-Lopez.

13           MR. BROWN:  Good morning, your Honor.  William

14  Brown for Mr. Garcia who is present before the Court.

15           MR. LITTMAN:  Good morning, your Honor.  Michael

16  Littman for Mr. Jose Lopez-Lopez who is also present in

17  court, your Honor, in custody, being assisted by the court

18  certified Spanish interpreter.

19           THE COURT:  Thank you.

20           MS. KAISER:  Good morning, your Honor.  Charlotte

21  Kaiser on behalf of the United States for both matters.

22           THE COURT:  Thank you very much.  Okay, I

23  understand that in both these matters there is a request for

24  additional time?

25           MR. BROWN:  There is, your Honor, a joint request.

2

1          THE COURT:  Okay.

2          MR. LITTMAN:  I do want to let the Court know that

3   originally we did need some more time to resolve some issues

4   in Mr. Lopez's case and he's indicated to me this morning

5   that he was wanting to plead guilty and I keep wavering, but

6   we do need some additional time and I think the best thing

7   to do is just -- I was told we just set some dates in front

8   of the assigned district court judge.

9          THE COURT:  Okay, so what date -- how do you want

10  to proceed, Mr. Littman, on your matter?  Or Mr. Brown,

11  either one of you, I don't care.  Whoever wants to go first.

12  Go ahead, Mr. Brown, how much time do you want?

13         MR. BROWN:  Sorry, your Honor, triple booked this

14  morning.  What we are jointly requesting of the Court is to

15  set a motion hearing, trial setting date before Judge Burns

16  whose case this is assigned to, no more than three weeks out

17  or thereabouts.  That would enable us to file some motions

18  today.

19         We anticipate settlement in the case however and

20  would ask to -- leave from the Court, which we've already

21  got from Judge Burns, to either re-calendar it before you or

22  Judge Thompson to dispose of the matter completely, if all

23  goes according to plan, before that motion setting date.

24         THE COURT:  Let's back up.  I'm not sure I

25  understand.  You want a joint motion for a continuance in

3

1  each of your cases, but you're coordinating it?  Aren't they

2  separate --

3          MR. LITTMAN:  He says "joint" meaning -- he and I

4  aren't -- "joint" meaning he and the Government.

5          THE COURT:  Oh, okay.  I apologize.  So, I've

6  received from Judge Burns' chambers an indication that a

7  motion hearing, trial setting date would be January 22 at

8  2:00 o'clock.

9      (Pause while the Court heard other matters.)

10          THE COURT:  And then Mr. Littman, in your matter?

11          MR. LITTMAN:  Your Honor, actually that was going

12  to be my proposal also, is that just to set some dates, do

13  court dates under Judge Huff.

14          THE COURT:  Okay.

15          MR. LITTMAN:  And we may be able to resolve this

16  case and then I'll contact your court clerk to calendar

17  dispos.

18          THE COURT:  Okay.  I'll set the same date, the

19  22nd of January at --

20          MR. LITTMAN:  Would I get to contact Judge -- I

21  won't be here on the 22nd.  Would I --

22          THE COURT:  Check with her clerk, and if she can

23  give you another date --

24          MR. LITTMAN:  I will, that's fine.

25          THE COURT:  So, I'll set it -- Mr. Lopez-Lopez, in

4

1  your matter I'm going to set a hearing date before Judge

2  Huff on January 22 at 2:00 o'clock.  That would be a motion

3  hearing and trial setting date and as Mr. Littman indicated

4  -- and I guess it's true for Mr. Garcia-Lopez as well --

5  that both your attorneys will work with you to either set up

6  an agreement with the Government on your case or if the case

7  proceeds to trial, these are the dates you'll be set for --

8  to talk with the judge about setting a schedule for that.

9          All right?  Okay, so we need to do the superseding

10  -- and so Mr. Lopez-Lopez, we're finished with your matter,

11  sir, and so I'll either see you back here or you will see

12  Judge Huff.

13          MR. LITTMAN:  Thank you, your Honor.

14          THE COURT:  Thanks.

15      (Pause while the Court heard other matters.)

16      (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

5

1            I certify that the foregoing is a correct

2    transcript to the best of my ability from the electronic

3    sound recording of the proceedings in the above-entitled

4    matter.

5

6    _Sherri Pattuca_____ _2/15/08_____
     Transcriber                Date

7

     FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

8

9    _L.L. Francisco_____
     L.L. Francisco, President

10   Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25