**MICHAEL I. LITTMAN**
*Attorney at Law*
105 West "F" St., 4th Floor
San Diego, CA 92101
(619) 236-1030
Fax No. 619-233-3221

<u>TELECOPIER TRANSMISSION</u>

**CONFIDENTIALITY NOTICE:** The document[s] accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us.

Date: November 19, 2007

To: AUSA Joseph J.M. Orabona                                     FAX: 235-4716

From: Michael Littman

Number of Pages (including cover): 2

**Re: ACCEPTANCE OF "FAST-TRACK"–U.S. v. Jose Luis Lopez-Lopez/07mj2409**

If you did not receive this transmission properly, please notify us immediately at (619) 236-1030. Thank you.

MESSAGE:   Dear Mr. Orabona:

    Pursuant to our recent telephone conversation I am faxing you confirmation of my client's intention to waive indictment tomorrow and his "acceptance" of the government's proposed 48 month offer. However, we did discuss that I will continue to try and convince you to a lesser term due to possible equities in my client's behalf and I will endeavor to send you a letter with as much information as possible on behalf of Mr. Lopez.

## ACCEPTANCE OF DISPOSITION OFFER - 8 U.S.C. § 1325

From: ~~Timothy R. Garrison~~ MICHAEL LITTMAN
       Defense Counsel

To:    Joseph J.M. Orabona
       Assistant United States Attorney
       Fax Number: 619-235-4716

Re:    Acceptance of Early Disposition (Fast-Track) Program Offer in the case of
       <u>U.S. v. Jose Luis Lopez-Lopez</u>, Magistrate Case No. 07MJ2409

1. My client accepts the Government's offer to plead guilty to an Information charging three counts of violating Title 8, United States Code, Section 1325, as contained in your letter of October 16, 2007.

2. The following dates, __5/1/99__ and __7/1/00__, are the dates of my client's illegal entry which will be the basis of Counts 1 and 2 of the Information.

3. My client understands that this disposition is conditioned on the original plea agreement being signed by me and my client and returned to you <u>not later than five business days before the disposition date set by the court at the continued preliminary hearing</u>, and the guilty plea(s) being entered **on or before December 10, 2007**.

_[signature]_
~~TIMOTHY R. GARRISON~~
Defense Counsel
MICHAEL LITTMAN

```
                TRANSMISSION VERIFICATION REPORT

                                          TIME    : 11/19/2007 12:50
                                          NAME    :
                                          FAX     : 2333221
                                          TEL     : 2333221
                                          SER.#   : BROK3J753217


 DATE,TIME                    11/19  12:50
 FAX NO./NAME                 2354716
 DURATION                     00:00:18
 PAGE(S)                      02
 RESULT                       OK
 MODE                         STANDARD
                              ECM
```