KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)

Attorney for JOSE LUIS LOPEZ-LOPEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 07 cr 3346-H |
|---|---|
| Plaintiff, | **UNOPPOSED APPLICATION FOR AN ORDER SHORTENING TIME TO FILE MOTION TO COMPEL GOVERNMENT TO REOFFER 48 MONTHS** |
| vs. | |
| JOSE LUIS LOPEZ-LOPEZ, | |
| Defendant. | |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND ASSISTANT U.S. ATTORNEY LAWRENCE A. CASPER:

PLEASE TAKE NOTICE that at the defendant will ask the court SHORTEN TIME to file the Motion to Compel the Government to Reoffer 48 months.

# I.
## INTRODUCTION

Assistant U.S. Attorney Lawrence Casper does not oppose this motion. Counsel for Mr. Lopez-Lopez missed the filing deadline by one day because of the press of other business. Both sides to this case agree that the government need not respond to the defense motion to Compel the Government to Reoffer 48 months before the next court date. The parties agree that they will try to resolve this case before that date, and will go forward only after April 28, 2008.

- 1 -

- 07 cr 3346-H

## II.
## CONCLUSION

For the foregoing reasons, this Court should grant the above motion.

Dated: April 15, 2008            Respectfully submitted,


            /S/ Knut S. Johnson
**Knut S. Johnson, Esq. for
Mr. Lopez-Lopez**

- 2 -

- 07 cr 3346-H