# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-CR-3346 H |
| Plaintiff, | ORDER SHORTENING TIME |
| vs. | |
| JOSE LUIS LOPEZ-LOPEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the defendant's Motion to Compel may be filed.

Dated: April 16, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT