FILED

JUN - 3 2008

[DISTRICT COURT / SOUTHERN DISTRICT OF CALIFORNIA / DEPUTY stamp]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3346-H |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING**<br>I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor); |
| JOSE LUIS LOPEZ-LOPEZ, | ) | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about May 1, 1999, within the Southern District of California, defendant JOSE LUIS LOPEZ-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

Count 2

On or about June 18, 2000, within the Southern District of California, defendant JOSE LUIS LOPEZ-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all

1  in violation of Title 8, United States Code, Section 1325, a
2  felony.

3                                Count 3

4       On or about October 6, 2007, within the Southern District of
5  California, defendant JOSE LUIS LOPEZ-LOPEZ, being an alien,
6  unlawfully entered or attempted to enter the United States and
7  previously committed the offense of unlawfully entering or
8  attempting to enter the United States, as alleged in Count 1; all
9  in violation of Title 8, United States Code, Section 1325, a
10 felony.

11      DATED:   6/3/08                .

13                                    KAREN P. HEWITT
                                      United States Attorney
14
15
16                                    LAWRENCE A. CASPER
                                      Assistant U.S. Attorney