AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

**JUN - 3 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JOSE LUIS LOPEZ-LOPEZ | CASE NUMBER: 07CR3346-H |

I, JOSE LUIS LOPEZ-LOPEZ, the above-named defendant, who is accused of committing the following offenses:

Unlawful entry into the United States in violation of Title 8, United States Code, Section 1325, a misdemeanor and Unlawful entry into the United States, in violation of Title 8, United States Code, Section 1325, a felony.

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___6/3/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer